

**FILED**

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

FILED

SEP 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN RE CHELSEA ROWLAND,

Petitioner.

O R D E R

Chelsea Rowland has petitioned the Court for permission to sit for the 2022 Montana Bar Exam for the fifth time. Rule III.J, Rules of Admission to the Bar of Montana, requires that an applicant who has been unsuccessful in three attempts to take the Bar Exam must obtain permission from the Court to retake the exam.

The petition indicates that Rowland has a plan to commit substantial time to preparation for the exam in July. Good cause appearing from the petition,

IT IS HEREBY ORDERED that the petition of Chelsea Rowland for leave to submit a late application to sit for the Montana Bar Examination in July 2022 is GRANTED.

The Clerk is directed to mail a copy hereof to Chelsea Rowland and to the Bar Admissions Administrator of the State Bar of Montana.

DATED this 14 day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____

Justices